Vay *v.* Dunlevy et al., Appellants.

Argued September 30, 1970.   Before BELL, C. J.,
JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY,
JJ.

*James E. Lomeo*, with him *Lawrence N. Ravick*, for appellants.

*John K. Tabor*, with him *James G. Groninger*, and *Kirkpatrick, Lockhart, Johnson & Hutchinson*, for appellee.

OPINION PER CURIAM, November 12, 1970:
Judgment affirmed.